**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
SHANE SINGH, SB#202733
  Email: Shane.Singh@lewisbrisbois.com
SUMY KIM SB# 290082
  Email: Sumy.Kim@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants G.W. WILLIAMS CO.,
DBA FOLSOM GATEWAY APARTMENTS and
WOODMONT REAL ESTATE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KRISTI AMERSON,<br><br>       Plaintiffs,<br><br>vs.<br><br>G.W. WILLIAMS CO., DBA FOLSOM GATEWAY APARTMENTS; WOODMONT REAL ESTATE SERVICES; and DOES 1-20, INCLUSIVE,<br><br>       Defendants. | CASE NO. 2:18-cv-01124-KJM-KLN<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT INITIAL SCHEDULING CONFERENCE; ORDER**<br><br>Magistrate Judge Kendall J. Newman<br><br>Date: January 17, 2019<br>Time: 10:00 a.m.<br>Courtroom: 25 |

     **WHEREAS,** an Initial Scheduling Conference in this matter is set for January 17, 2019, at 10:00 a.m. before the Magistrate Judge Kendall J. Newman;

     **WHEREAS,** Defendants G.W. WILLIAMS CO., DBA FOLSOM GATEWAY APARTMENTS and WOODMONT REAL ESTATE SERVICES ("Defendants")' counsel, Sumy Kim, would like to avoid the expenditure of fees and costs incident to an in-person attendance at the Conference. In particular, counsel for Defendants are located in San Francisco, California, and would incur fees and costs to travel to the Court to attend in-person. Further, counsel for Defendants are based in San Francisco, California, and travel from San Francisco to Sacramento for this appearance would be in excess of 87 miles, one way. Ms. Kim can be reached directly at (415) 438-

5923. Plaintiff's counsel has stated that they would not oppose Defendants' request for a telephonic appearance;

**WHEREAS,** Defendants' counsel will make arrangements to appear telephonically for the Initial Scheduling Conference;

**NOW, THEREFORE,** request is hereby made that Defendants' counsel, Sumy Kim, be permitted to appear telephonically at the Initial Scheduling Conference.

DATED: January 9, 2019     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Sumy Kim*
Joseph R. Lordan
Shane Singh
Sumy Kim
Attorneys for Defendants G.W. WILLIAMS CO., DBA FOLSOM GATEWAY APARTMENTS and WOODMONT REAL ESTATE SERVICES

## ORDER

Based on the foregoing, and having shown good cause, it is hereby ordered that counsel for Defendants, Sumy Kim, is permitted to appear at the January 17, 2019 Initial Scheduling Conference via telephonic conference.

**IT IS SO ORDERED**

Dated: January 9, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE