**DERBY, McGUINNESS & GOLDSMITH, LLP**
CELIA McGUINNESS, Esq. (SBN 159420)
STEVEN L. DERBY, Esq. (SBN 148372)
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
cmcguinness@dmglawfirm.com

Attorneys for Plaintiff
KRISTI AMERSON


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
SHANE SINGH, SB#202733
  Email: Shane.Singh@lewisbrisbois.com
SUMY KIM SB# 290082
  Email: Sumy.Kim@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI AMERSON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>G.W. WILLIAMS CO., DBA FOLSOM GATEWAY APARTMENTS; WOODMONT REAL ESTATE SERVICES; and DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendants. | 2:18-cv-01124-KJN<br><br>Civil Rights<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE STATEMENT FILING DEADLINE**<br><br>**ORDER**<br><br><br>Magistrate Judge Kendall J. Newman<br><br>Trial Date:　　None Set |

　　　　Pursuant to Civil Code Local Rule 6-1(a), Plaintiff KRISTI AMERSON ("Plaintiff") and Defendant WOODMONT REAL ESTATE SERVICES ("Defendant") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

　　　　WHEREAS, on January 18, 2019, the Court issued its Scheduling Order (Docket 45) and

4819-6901-2870.1

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

set January 31, 2019, as the deadline for objecting to the schedule;

WHEREAS, the dates set are as follows:

| | |
|---|---|
| Initial disclosures | January 31, 2019 |
| Expert witness disclosure | August 23, 2019 |
| Rebuttal expert witness disclosure | September 13, 2019 |
| All discovery | October 15, 2019 |
| All law and motion, except as to discovery-related matters | December 12, 2019 |
| Joint Pretrial Conference Statement | February 13, 2020 |
| Pretrial Conference | March 5, 2020 |
| Jury Trial | April 10, 2020 |

WHEREAS, Plaintiff's counsel who would try this case, Celia McGuinness and Steven L. Derby, have another case set for trial in the US District Court – ND that conflicts with the Court's scheduling order for the Pretrial Conference Statement filing deadline. The other case, *Moore et al. v. Equity Residential Management*, Case 3:16-cv-07204-JCS, has set the Pretrial Conference for January 24, 2020, and Jury Trial for February 10, 2020.

WHEREAS, Plaintiff's counsel believes, as far as can be predicted, that the other case is almost certain to go to trial as scheduled;

WHEREAS, Plaintiff's firm has three lawyers total, so that it would be impossible to re-staff either case to avoid the conflict between the Pretrial Conference Statement filing deadline in this case and the jury trial in *Moore*;

WHEREAS, Plaintiff has requested, and Defendant has no objection to, a continuance of the Pretrial Conference Statement filing deadline to enable Plaintiff's counsel to give the Statement the time and attention it deserves;

WHEREAS, continuing the Pretrial Conference Statement filing deadline necessitates moving the Pretrial Conference and Trial dates by a short period of time of approximately one month;

NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by and

between the parties, through their respective counsel, to the following new dates:

    Pretrial Conference Statement filing deadline                         March 13, 2020

    Pretrial Conference                                                            April 6, 2020

    Jury Trial                                                                                May 4, 2020

or any other dates thereafter that are convenient to the Court's calendar.

Respectfully submitted,

DATED: January 30, 2019

                                                LEWIS BRISBOIS BISGAARD & SMITH llp

                              By:      */s/ Sumy Kim*
                                                Joseph R. Lordan
                                                Shane Singh
                                                Sumy Kim
                                                Attorneys for Defendant WOODMONT REAL ESTATE SERVICES

DATED: January 30, 2019               DERBY, McGUINNESS & GOLDSMITH, LLP

                              By:      */s Celia McGuinness*
                                                Celia McGuinness
                                                Attorneys for Plaintiff KRISTI AMERSON

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | Pursuant to Local Rule 5-1, I hereby attest that on January 25, 2019, I, Celia McGuinness |
| 3 | attorney with Derby McGuinness Goldsmith, LLP  received the concurrence of all counsel in the |
| 4 | filing of this document. |
| 5 | |
| 6 | */s/ Celia McGuinness*_____ |
|   | Celia McGuinness |
| 7 | DERBY, McGUINNESS & GOLDSMITH, LLP |

4819-6901-2870.1

4

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED, with some modifications to accommodate the court's schedule.

The new deadline to file a joint pretrial conference statement shall be **March 13, 2020**.

The final pretrial conference is set for **April 9, 2020, at 10:00 a.m.**

A jury trial is set for **Friday May 8, 2020, at 9:00 a.m.** The first day of trial will be limited to addressing motions in limine, jury instructions, and other preliminary trial matters. Jury selection will commence on Monday May 11, 2020, at 9:00 a.m. The court presently anticipates that the trial will take approximately 5 days.

All other dates and provisions of the original scheduling order remain unchanged.

Dated: January 30, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE